UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-3267
_____

JEFFREY MARSALIS,
                                             Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
DISTRICT ATTORNEY PHILADELPHIA;
ATTORNEY GENERAL PENNSYLVANIA.
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:16-cv-03098)
District Judge: Honorable Wendy Beetlestone
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on March 22, 2022

Before: BIBAS, MATEY, and PHIPPS, *Circuit Judges*

_____

ORDER
_____

    The Opinion of the Court shall be amended to remove Jennifer O. Andress from the opinion's counsel listing and add Shoshana D. Silverstein.

    This amendment does not change the date of filing, June 16, 2022.


                                        ATTEST:

                                        s/Patricia S. Dodszuweit
                                        Clerk

DATED: June 24, 2022

kr/cc: Ronald Eisenberg, Esq.
Michael Wiseman, Esq.
Matthew Stiegler, Esq.
Shoshana D. Silverstein, Esq.